THE LAW OFFICE OF
# TIMOTHY G. HOLDEN
445 HAMILTON AVENUE · SUITE 1102 · WHITE PLAINS, NY 10603
(914) 358-3277 (PHONE) ·  (914) 517-5968 (FAX)
THOLDEN@THOLDENLAW.COM

August 21, 2017

VIA ECF

Honorable Robert D Drain
US Bankruptcy Court SDNY
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    Status report for Loss Mitigation
           In re: Lafontant, Henry, 16-23593 (rdd)  Chapter 13

Dear Judge Drain:

On August 14, 2017 we provided (what we understand to be) the last outstanding document, which was an updated letter (itself dated August 9, 2017) from the Yonkers Housing Authority, confirming the housing assistance to be paid on behalf of the renters.

                              Very truly yours,

                              /s/ Timothy G. Holden
                              Timothy G. Holden